# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

NICOLE KAUFMANN,
as Administratrix of the
Estate of M. M. K-R.,
Deceased, and Individually,

        Plaintiff,

v.                     CASE NUMBER: 1:13-cv-1141 (TJM/CFH)

THE KINGSTON HOSPITAL and
UNITED STATES, formally known
as Augustus Bentsi-Barnes,

        Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's claims against the United States are **DISMISSED** without prejudice for lack of subject matter jurisdiction. It is further **ORDERED** that the remaining claims in this action – i.e. Plaintiff's claims against Defendant The Kingston Hospital – are **REMANDED** to state court.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 14th day of March, 2014.

DATED: March 14, 2014

                                                           Clerk of Court

                                                    By: s/ Nicole Killius
                                                        Deputy Clerk